UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>   Plaintiff,<br><br> v.<br><br>Zafar Sheikh dba Sheikh Jeweler,<br>an individual,<br><br>   Defendant. | Case No.: 2:21-cv-00493-KJM-KJN<br><br>ORDER |

  Having considered plaintiff's ex parte request to continue the initial scheduling conference, ECF No. 9, and finding good cause, it is hereby ordered that the initial scheduling conference set for July 22, 2021 is VACATED and RESET for September 2, 2021 at 2:30 p.m. The parties shall submit, at least fourteen (14) days prior to the status conference, a joint status report. This order resolves ECF No. 9.

  IT IS SO ORDERED.

DATED: July 13, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE