UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>          Plaintiff,<br><br>     v.<br><br>ZAFAR SHEIKH,<br><br>          Defendant. | No.  2:21-cv-00493-KJM-KJN<br><br>ORDER VACATING HEARING AND ORDER TO RESPOND |

Presently pending before the court is plaintiff's motion for default judgment, which is set for hearing on October 28, 2021.[1] (ECF No. 19.)  Pursuant to Local Rule 230(c), defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days prior to the hearing date, i.e., by October 14.  Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides defendant one additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 28, 2021 hearing on plaintiff's motion for default judgment is VACATED.  The court takes this matter under submission on the papers without oral

---

[1] The motion was re-noticed for hearing before the undersigned, after originally being improperly noticed for hearing on October 8, 2021.  (ECF Nos. 17-19.)

1

1 | argument, pursuant to Local Rule 230(g).  The court will reschedule a hearing at a future date, if necessary;

2. Defendant's opposition shall be filed no later than November 4, 2021, and the reply brief from plaintiff, if any, is due November 12, 2021;

3. Defendant is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against defendant; and

4. Plaintiff shall promptly serve a copy of this order on defendant at his last-known address, and file a proof of service.

Dated:  October 19, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shei.0493