UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>            Plaintiff,<br><br>     v.<br><br>ZAFAR SHEIKH d/b/a Sheikh Jeweler,<br><br>            Defendant. | No.  2:21–cv–0493–KJM–KJN PS<br><br>ORDER<br><br>(ECF Nos. 19, 23) |

      On April 28, 2022, the magistrate judge filed findings and recommendations (ECF No. 23), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.

      The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 23) are ADOPTED IN FULL;
2. Plaintiff's motion for default judgment (ECF No. 19) is GRANTED;
3. Judgment is entered in plaintiff's favor and against defendant;
4. Plaintiff is awarded statutory damages in the amount of $4,000.00;
5. Plaintiff is awarded attorneys' fees, litigation expenses, and costs in the amount of $1,789.50;
6. Plaintiff is granted an injunction requiring defendant to provide an accessible transaction counter at the business establishment named Sheikh Jewelers, located at 1151 Galleria Blvd., Roseville, California, in compliance with the ADA and the ADA Accessibility Guidelines; and
7. The Clerk of Court is directed to close this case.

DATED: September 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE